UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOOD DIVISION

UNITED SPECIALTY INSURANCE
COMPANY,

        Plaintiff,

v.

MERIT TRANSPORT INC.; DAWN
CRUMP; and RICHARD CRUMP,

        Defendants.

Civil Action No. 8:24-cv-02724-HMH

**PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL WITH
PREJUDICE**

COMES NOW Plaintiff United Specialty Insurance Company, by and through its undersigned counsel, and hereby files this Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to all claims against Defendants Merit Transport Inc., Dawn Crump and Richard Crump. In support thereof, Plaintiff shows unto the Court that Defendants Merit Transport Inc., Dawn Crump, and Richard Crump have not answered or otherwise filed a responsive pleading to the Complaint and the Parties have resolved the matter.

Respectfully submitted this the 26th day of August, 2024.

PHELPS DUNBAR LLP

By: */s/ Kevin M. O'Brien*
    Kevin M. O'Brien
    S.C. Bar No.: 100968
    D.S.C. Federal Court ID No.: 11781
    4141 ParkLake Avenue, Suite 530
    Raleigh, North Carolina 27612-3723
    Telephone:919-789-5300
    Facsimile: 919-789-5301
    E-mail: kevin.obrien@phelps.com

    *Attorney for United Specialty Insurance
    Company*

PD.46617039.1

## CERTIFICATE OF SERVICE

I hereby certify that on, August 26, 2024, I electronically filed the foregoing Plaintiff's Notice of Voluntary Dismissal with Prejudice with the Clerk of Court using the CM/ECF system. Furthermore, a true and correct copy will be served via electronic mail and/or U.S. mail to the following addresses:

Merit Transport Inc.
c/o registered agent: William Burch III
528 Piedmont Avenue
Myrtle Beach, SC 29577
rockburch@gmail.com

Richard H. McDuff
MERRELL & MCDUFF
119B Professional Park Drive
Seneca, South Carolina 29678
T: 864-882-2466
rick@mjmlawsc.com
zana@mjmlawsc.com

Larry C. Brandt
LARRY C. BRANDT, P.A.
P.O. Box 738
3691 Blue Ridge Blvd.
Walhalla, SC 29691
T: 864-638-5406
F: 864-638-7873
larry@larrybrandtlaw.com
Jake@larrybrandtlaw.com
debra@larrybrandtlaw.com

*Counsel for Dawn and Richard Crump*

PHELPS DUNBAR LLP

By: */s/ Kevin M. O'Brien*
    Kevin M. O'Brien
    S.C. Bar No.: 100968
    D.S.C. Federal Court ID No.: 11781
    E-mail: kevin.obrien@phelps.com

    *Attorney for United Specialty Insurance Company*

- 2 -